United States Courts
Southern District of Texas
**FILED**

NOV 26 2019

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **Tariq B. Alabbassi** ) | |
| ) | CIVIL ACTION NO. 18CV3131 |
| vs. ) | The Honorable Keith P. Ellison |
| ) | United States District Judge |
| **Ryan McCarthy,** ) | |
| **Secretary,** ) | |
| **Department of the Army** ) | |
| ) | |

## AFFIDAVIT OF TARIQ ALABBASSI

PERSONALLY came and appeared before me, the undersigned Notary, the within named Tariq Alabbassi and makes this his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set fourth are true and correct to the best of his knowledge:

1- To this day I have never received the right-to-sue letter that EEOC claimed that they mailed.

2- The EEOC never provided me with any tracking number in order for me to find out what happened to the right-to-sue letter that they claimed was mailed.

3- I only received the right-to-sue letter via email on June 7th, 2018.

4- I became aware that the defendant's actions toward my request for a change to service computation dates to be discriminatory on or around May 14th, 2012.

5- I became aware that the defendant's actions toward the downgrading of my award to be discriminatory on mid-October 2011 or later October 2011.

[Signature]

TARIQ B. ALABBASSI, Plaintiff
P.O. BOX 630441
HOUSTON, TX 77263
Tariq77777@hotmail.com
713-269-9549

SARAMI LAZO I
Notary Public, State of Texas
Comm. Expires 01-04-2023
Notary ID 13184264-8

SWORN to be subscribed before me, this 26 day November, 2019

[Signature]
NOTARY PUBLIC

My Commission Expires 01-04-2023

Page 1 of 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26th, 2019, that foregoing motion was filed with the court in Person, and send by certified mail to:

Ariel N. Wiley
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Attorney for Defendant

_(signature)_
_____
TARIQ B. ALABBASSI, Plaintiff
P.O. BOX 630441
HOUSTON, TX 77263
Tariq77777@hotmail.com
713-269-9549